FILED

01/19/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0550

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0550

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

MISTY JUNE MILLER,

     Defendant and Appellant.

O R D E R

_____

Appellant , by counsel, has filed a motion for extension of time to file the transcripts in the referenced matter.

IT IS ORDERED that the motion for extension is GRANTED. The Court reporter shall have until February 11, 2022, within which to file the transcripts.

No further extensions will be granted without an affidavit from the court reporter.

The Clerk is directed to provide a copy of this Order to all parties of record and to the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 19 2022